CLERK OF THE
DISTRICT COURT
KRISTIE LEE BOELTER

2016 OCT 11 PM 1 08

FILED
BY _____
DEPUTY

MONTANA THIRTEENTH JUDICIAL DISTRICT COURT,
YELLOWSTONE COUNTY, MONTANA

| TRACY LENHARDT, | Case No.: DV 16-0904 |
|---|---|
| Plaintiff, | Judge: Russell C. Fagg |
| vs. | |
| SYSCO CORPORATION, | ORDER VACATING HEARING |
| Defendant. | |

Upon request of Plaintiff dated October 7, 2016, and for the reason set forth in the request;

IT IS HEREBY ORDERED that the Show Cause Hearing scheduled for October 11, 2016 (9:00 a.m.) is hereby vacated.

Dated this _11_ day of October, 2016.

Honorable Russell C. Fagg

ORDER VACATING HEARING - 1