# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| TRACY LENHARDT, <br><br> Plaintiff, <br><br> vs. <br><br> SYSCO CORPORATION, <br><br> Defendant. | CV 16-153-BLG-SPW-TJC <br><br> **ORDER** |

Before the Court is Plaintiff Tracy Lenhardt's Motion for Oral Argument on Defendant Sysco Corporation's Motion to Dismiss. (Doc. 20.) The Court entered its Findings and Recommendations on Sysco's motion on February 9, 2017. (Doc. 21.) The Court's Findings and Recommendations were based on the record before it, including Plaintiff's Complaint (Docs. 5, 7), Defendant's motion (Doc. 12), and the briefing attendant to Defendant's motion. (Docs. 13, 17, 19.) Oral argument would not have aided the Court. Accordingly,

Plaintiff's Motion for Oral Argument on Defendant Sysco Corporation's Motion to Dismiss (Doc. 20) is DENIED.

DATED this 10th day of February, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1